UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: OPTIVER COMMODITIES LITIGATION | MASTER FILE NO. 08-CV-6842 (LAP) |
| This document relates to:<br><br>*Brendan Cody v. Optiver US, LLC, et al.,*<br>No. 08 CV. 7216 (LAP) | <u>ECF CASE</u> |

### NOTICE OF MOTION FOR LEAVE TO WITHDRAW
### BENJAMIN D. BIANCO AS COUNSEL

TO:   THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that upon the accompanying declaration, Bernard Persky hereby moves, pursuant to Local Civil Rule 1.4, for permission to withdraw Benjamin D. Bianco, as counsel of record for Plaintiff Brendan Cody in the case listed above. Labaton Sucharow LLP will continue to represent Plaintiff Brendan Cody in this case.

Dated: November 12, 2010

Respectfully submitted,

_____
Bernard Persky (BP 1072)
Gregory S. Asciolla (GA 7816)
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477

*Interim Co-Lead Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Notice Of Motion For Leave To Withdraw Benjamin D. Bianco As Counsel** was filed electronically with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to all counsel of record on this 12th day of November, 2010.

_____
Bernard Persky (BP 1072)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477