UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: OPTIVER COMMODITIES LITIGATION | MASTER FILE NO. 08-CV-6842 (LAP) |
| This document relates to:<br><br>*Brendan Cody v. Optiver US, LLC, et al.*,<br>No. 08 CV. 7216 (LAP) | **ECF CASE** |

## DECLARATION OF BERNARD PERSKY IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW BENJAMIN D. BIANCO AS COUNSEL

BERNARD PERSKY declares as follows:

1. I am a Partner for the law firm of Labaton Sucharow LLP, counsel for Brendan Cody in the referenced action, which is not yet scheduled for trial. I make this declaration in support of my motion to withdraw Benjamin D. Bianco as counsel for Plaintiff Brendan Cody in this action.

2. Benjamin D. Bianco was formerly an Associate attorney with Labaton Sucharow LLP. The other attorneys at the Labaton firm who have appeared for Plaintiff Brendan Cody in this case will continue to represent him. Accordingly, I respectfully request, pursuant to Local Civil Rule 1.4, that the Court issue an order granting Benjamin D. Bianco, leave to withdraw as counsel for Plaintiff Brendan Cody.

I declare, under penalty of perjury that the foregoing is true and correct. Executed in New York, New York on November 12, 2010.

Respectfully submitted,

_[signature]_

Bernard Persky (BP 1072)
LABATON SUCHAROW LLP
140 Broadway'
New York, NY 10005
Telephone: (212) 907-0700
Fax: (212) 818-0477

*Interim Co-Lead Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Declaration Of Bernard Persky In Support Of Motion For Leave To Withdraw Benjamin D. Bianco As Counsel** was filed electronically with the Clerk of Courts using the CM/ECF system, which will send notification of such filing to all counsel of record on this 12th day of November, 2010.

_____
Bernard Persky (BP 1072)
140 Broadway
New York, New York 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477