UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/10
```

IN RE OPTIVER COMMODITIES LITIGATION

Master File No. 08 CV 6842 (LAP)

This Document Relates To: All Actions

Chief Judge Preska

## ~~PROPOSED~~ ORDER

UPON Pretrial Order No. 1 entered by the Court on February 11, 2009, which, among other things, set forth the schedule for this action; and

UPON the Orders entered by the Court on May 14 and November 9, 2009 and on April 29, 2010, which, among other things, set forth the revised schedule for this action; and

UPON the letter of counsel for the non-individual defendants dated November 10, 2010, and without opposition from any party; and

UPON all prior papers and proceedings herein;

IT IS HEREBY ORDERED THAT:

Plaintiffs shall file a Consolidated Class Action Complaint ("Consolidated Complaint") on behalf of all Plaintiffs in the consolidated Action on February 22, 2011. Defendants shall respond to the Consolidated Complaint by April 25, 2011. If Defendants, or any of them, file a motion under Rule 12 of the Federal Rules of Civil Procedure, Plaintiffs shall respond to the motion by June 21, 2011. Moving Defendants' reply brief to any such response submitted by Plaintiffs shall be due by July 21, 2011.

Entered: _Loretta A. Preska_

Chief Judge Loretta A. Preska

November 12, 2010