UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #.
DATE FILED: 11/15/10
```

| | |
|---|---|
| IN RE: OPTIVER COMMODITIES LITIGATION | MASTER FILE NO. 08-CV-6842 (LAP) |
| This document relates to: | ECF CASE |
| *Brendan Cody v. Optiver US, LLC, et al.*, No. 08 CV. 7216 (LAP) | |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Notice of Motion for Leave to Withdraw Benjamin D. Bianco as Counsel of record filed by Plaintiff Brendan Cody in the above-captioned case, be hereby GRANTED; and Benjamin D. Bianco is thereby withdrawn as counsel of record for Plaintiff Brendan Cody.

Signed this the 15th day of November 2010.

_____
Hon. Loretta A. Preska
United States District Judge