AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

IN RE OPTIVER COMMODITIES LITIGATION            **APPEARANCE**

Case Number: 1:08-cv-6842-LAP

This Document Relates to: All Actions

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendants Optiver US, LLC, Optiver Holdings BV, and Optiver vof

I certify that I am admitted to practice in this court.

| 11/17/2010 | *Stacie R. Hartman* |
|---|---|
| Date | Signature |
| | Stacie R. Hartman |
| | Print Name                                Bar Number |
| | Schiff Hardin LLP |
| | Address |
| | Chicago          IL          60606 |
| | City            State          Zip Code |
| | (312) 258-5607          (312) 258-5700 |
| | Phone Number                              Fax Number |