USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/5/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE OPTIVER COMMODITIES LITIGATION

Master File No. 08 CV 6842 (LAP)

This Document Relates To: All Actions

Chief Judge Preska

## ORDER

UPON Pretrial Order No. 1 entered by the Court on February 11, 2009, which, among other things, set forth the schedule for this action; and

UPON the Orders entered by the Court on May 14, 2009, November 9, 2009, April 29, 2010, November 15, 2010, January 28, 2011, and March 4, 2011 which, among other things, set forth the revised schedule for this action; and

UPON the letter of counsel for the non-individual defendants dated April 26, 2011, and without opposition from any party; and

UPON all prior papers and proceedings herein;

IT IS HEREBY ORDERED THAT:

Plaintiffs shall file a Consolidated Class Action Complaint ("Consolidated Complaint") on behalf of all Plaintiffs in the consolidated Action on July 1, 2011. Defendants shall respond to the Consolidated Complaint by September 1, 2011. If Defendants, or any of them, file a motion under Rule 12 of the Federal Rules of Civil Procedure, Plaintiffs shall respond to the motion by October 28, 2011. Moving Defendants' reply brief to any such response submitted by Plaintiffs shall be due by November 30, 2011.

Entered: _____
Chief Judge Loretta A. Preska

May 4, 2011