UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/11
```

IN RE OPTIVER COMMODITIES LITIGATION

Master File No. 08 CV 6842 (LAP)

This Document Relates To: All Actions

Chief Judge Preska

## [~~PROPOSED~~] ORDER

UPON the letter of counsel for the non-individual defendants dated June 15, 2011 and with support from all other parties;

IT IS HEREBY ORDERED THAT:

These actions are stayed pending Court-ordered mediation in <u>U.S. Commodity Futures Trading Commission v. Optiver US, LLC et al.</u>, 08 CV 6560 (LAP). Within seven days after that mediation has concluded, counsel for the non-individual defendants shall inform plaintiffs that the mediation has concluded and the parties thereafter shall promptly inform the Court of that development. At that time, the parties shall submit a proposal regarding the schedule for these Actions.

SO ORDERED: _____
Chief Judge Loretta A. Preska

June 21, 2011