UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| IN RE OPTIVER COMMODITIES LITIGATION | Master File No.<br>08-cv-6842 (LAP)<br>ECF Case |
| This Document Relates To: All Actions | Chief Judge Loretta A. Preska |

---

# PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the Declaration of Bernard Persky, Esq., and the Stipulation and Agreement of Settlement and the exhibits attached thereto ("Settlement Agreement")[1], the Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable Loretta A. Preska, Chief United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, for entry of the [Proposed] Order Preliminarily Approving Proposed Settlement, Scheduling Hearing for Final Approval Thereof, and Approving the Proposed Form and Program of Notice to the Class that, among other things: (1) finds the Settlement to be sufficiently fair, reasonable, and adequate to warrant dissemination of notice to the Settlement Class; (2) certifies the proposed Settlement Class for settlement purposes; (3) appoints Lovell Stewart Halebian Jacobson LLP, Lowey Dannenberg Cohen & Hart, P.C. , and Robins, Kaplan, Miller & Ciresi L.L.P. as Class Counsel for the Settlement Class; (4) appoints Plaintiffs Michael Amdur, Brendan Cody, Charles Hynes, and Richard White as representatives of the Settlement Class; (5)

---

[1] Capitalized terms shall have the meaning set forth in the Settlement Agreement, attached as Exhibit 1 to the Declaration of Bernard Persky, Esq.

1

finds the program of notice to be the best practicable notice under the circumstances; (6) approves the form and substance of the notice of the Settlement to the Settlement Class; (7) approves A.B. Data, Ltd. as the Settlement Administrator and Escrow Agent; and (8) sets a schedule leading to the Court's consideration of final approval of the Settlement, including the date, time and place for a hearing to consider the fairness, reasonableness and adequacy of the Settlement Agreement; the deadline for members of the Settlement Class to exclude themselves (*i.e.*, opt out) from the Settlement; the deadline for Class Counsel to submit a petition for attorneys' fees and reimbursement of expenses, and incentive awards for the Settlement Class representatives; and the deadline for members of the Settlement Class to object to the Settlement and any of the related petitions.

Dated:   New York, New York
         August 1, 2014

                              **LOVELL STEWART HALEBIAN JACOBSON LLP**

                              /s/ Christopher Lovell, Esq.
                              By: Christopher Lovell, Esq.
                              Ian T. Stoll, Esq.
                              61 Broadway, Suite 501
                              New York, New York 10006
                              212-608-1900

                              /s/ Geoffrey Horn, Esq.
                              **LOWEY DANNENBERG COHEN & HART, P.C.**
                              Vincent Briganti, Esq.
                              Geoffrey Horn, Esq.
                              One North Broadway,
                              White Plains Plaza, 5th Floor
                              White Plains, New York 10601
                              914-997-0500

/s/ Hollis Salzman, Esq.
**ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.**
Hollis Salzman, Esq.
Bernard Persky, Esq.
William V. Reiss, Esq.
601 Lexington Ave., Ste. 3400
New York, New York 10022
212-980-7400

*Interim Co-Lead Counsel*