UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE OPTIVER COMMODITIES LITIGATION | Master File No. 08-cv-6842 (LAP) ECF Case |
| This Document Relates To: All Actions | Chief Judge Loretta A. Preska |

**PLAINTIFFS' NOTICE OF MOTION FOR**
<u>**FINAL APPROVAL OF CLASS ACTION SETTLEMENT**</u>

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, the Declaration of Bernard Persky, Esq. ("Persky Declaration"), the exhibits attached thereto, including the Stipulation and Agreement of Settlement ("Settlement"), and the record herein, Plaintiffs, by and through their undersigned counsel, will respectfully move this Court, before the Honorable Loretta A. Preska, Chief United States District Judge, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York on May 19, 2015 at 1:00 p.m., for a finding that the Settlement is fair, reasonable and adequate such that final approval and the entry of the [Proposed] Final Order and Judgment, attached as Exhibit A-7 to the Persky Declaration, is warranted.

Dated:     New York, New York
           April 17, 2015

**LOVELL STEWART HALEBIAN JACOBSON LLP**

/s/ *Christopher Lovell, Esq.*
By: Christopher Lovell, Esq.
Ian T. Stoll, Esq.
61 Broadway, Suite 501
New York, New York 10006
212-608-1900

1

**LOWEY DANNENBERG COHEN & HART, P.C.**
Vincent Briganti, Esq.
Geoffrey Horn, Esq.
One North Broadway,
White Plains Plaza, 5th Floor
White Plains, New York 10601
914-997-0500

**ROBINS KAPLAN LLP**
Hollis Salzman, Esq.
Bernard Persky, Esq.
William V. Reiss, Esq.
601 Lexington Ave., Ste. 3400
New York, New York 10022
212-980-7400

*Co-Lead Class Counsel*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing *Plaintiffs' Notice of Motion for Final Approval of Class Action Settlement* was filed electronically with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record on this 17th day of April 2014.

          */s/ Bernard Persky*
          Bernard Persky