UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE OPTIVER COMMODITIES LITIGATION          Master File No.
                                              08-cv-6842 (LAP)
                                              ECF Case

This Document Relates To: All Actions          Chief Judge Loretta A. Preska

## NOTICE OF PETITION

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law; the

Declarations of Vincent Briganti, Esq., Bernard Persky, Esq., Ian Stoll, Esq., and Gregory

Asciolla, Esq.; the Stipulation and Agreement of Settlement; and the record herein, Class

Counsel will respectfully petition this Court, before the Honorable Loretta A. Preska, Chief

United States District Judge, at the United States District Court, Southern District of New York,

500 Pearl Street, New York, New York on May 19, 2015 at 1:00 p.m. for a finding that Class

Counsel's requested attorneys' fees, reimbursement of expenses and an incentive award for the

Lead Plaintiffs are fair, reasonable and adequate to the Class and thus should be awarded.

Dated: April 17, 2015                           **LOVELL STEWART HALEBIAN JACOBSON LLP**

/s/ Christopher Lovell
By: Christopher Lovell, Esq.
Ian T. Stoll, Esq.
61 Broadway, Suite 501
New York, New York 10006
212-608-1900

/s/ Vincent Briganti
**LOWEY DANNENBERG COHEN & HART, P.C.**
Vincent Briganti, Esq.
Geoffrey Horn, Esq.
One North Broadway, 5th Floor
White Plains, New York 10601
914-997-0500

/s/ Hollis Salzman
**ROBINS KAPLAN LLP**
Hollis Salzman, Esq.
Bernard Persky, Esq.
William V. Reiss, Esq.
601 Lexington Ave., Ste. 3400
New York, New York 10022
212-980-7400

*Class Counsel*