# LOVELL STEWART HALEBIAN JACOBSON LLP

61 Broadway, Suite 501
New York, New York 10006
www.lshllp.com

| Telephone | | |
|---|---|---|
| Facsimile | | |
| | USDC SDNY | |
| | DOCUMENT | |
| 212.608.1900 | ELECTRONICALLY FILED | 212.719.4775 |
| | DOC #: | |
| June 2, 2014 | DATE FILED: 6/9/15 | |

*Via ECF*

Hon. Loretta A. Preska
Chief United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

  Re: *In re Optiver Commodities Litigation*, 08-cv-06842-LAP (S.D.N.Y.)

Dear Chief Judge Preska:

  Pursuant to leave granted by Your Honor during today's Final Approval Hearing on the Settlement and related motions, Class Counsel respectfully request on or before Friday, June 12, 2015, to submit additional information regarding their time in response to the Court's questions.

  Thank you very much.

SO ORDERED

*/s/ Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

June 9, 2015

Respectfully submitted,

*/s/ Christopher Lovell*

Christopher Lovell

cc: All Counsel of Record (via ECF)